Dear Clerk,

Please find inclosed

NOTICE OF APPEAL

and MOTION FOR APPOINTMENT

OF COUNSEL

"Attention" Attorney General of

texas.

HABEAS CORPUS DIVISION

P.O. BOX 12548 capitol

Station

Austin TX

78711

Please file stamp marking

copies of same.

Bringing matters to the courts

Attention thank you.

Sincerely X David Rodriguez

DAvid T. Rodriguez #1913782
Polinsky Unit
3872 FM 350 S. Livingston TX
77351

SCANNED
Date: 2-23-15
Initials: RB

82.833-01

2015 FEB 23 AM 11:48
FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 26 2015
Abel Acosta, Clerk

MOTION DENIED
DATE: 3-11-15
BY:

FOURTH COURT OF APPEALS
BEXAR COUNTY JUSTICE CENTER Suite 3200
300 Dolorosa
San Antonio, TX.
78205-3037

EX-PARTE

NO. 13-CRD-17          FROM: 229th DISTRICT
                       COURT
                       DUVAL COUNTY TEXAS.

DAVID T. RODRIGUEZ

## NOTICE OF APPEAL ***

Notice is hereby given, in the above style
and cause,
hereby appeal to FOURTH COURT OF APPEALS
FROM: 229th DISTRICT COURT DUVAL COUNTY TEXAS
NATURE: HABEAS CORPUS pursuant to C.C.P.
per TEXAS RULE OF APPELLATE PROC 72-73
entered in this the 4th Day of FEBRUARY 2015

DATED: 9-15

X David Rodriguez
DAVID T. RODRIGUEZ Pro-se #1913782
Polunsky Unit
3872 FM 350 South
Livingston, Texas
77351

FILED 2015 FEB 23 AM 11:48 IN THE COURT OF APPEAL AT SAN ANTONIO, TEXAS KEITH E. HOTTLE CLERK

4.

Petitioner was Appointed Counsel at trial, And has made repeated efforts to obtain a lawyer for a timely Appeal...

## PRAYER ***

WHEREFORE, petition request the court appoint a member of the STATE BAR as counsel in this case.

DATE: 9-15

X _David Rodriguez_

DAVID T. RODRIGUEZ

PRO-SE # 1913782

Polunsky Unit

3872 FM 350 South

Livingston Texas

77351

II

FOURTH COURT OF APPEALS
BEXAR COUNTY   JUSTICE CENTER   Suite 3200
300 Dolorosa
San Antonio, TX
78205-3037

EX-PARTE

NO. 13-CRD-17          FROM: 229th DISTRICT
                               COURT
DAVID F. RODRIGUEZ            DUVAL COUNTY TEXAS.

## MOTION FOR APPOINTMENT
## OF COUNSEL ***

Pursuant to the Laws and Codes of C.C.P and Rules of T.R.A.P.

DAVID F. RODRIGUEZ, MOVES FOR an ORDER appointing counsel to represent him in this case. In support of this motion petitioner states:

1. Petitioner is unable to afford counsel. He was GRANTED Leave to proceed at trial as a pauperis

2. Petitioner imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation.
Petitioner has limited access to the Law Library and limited knowledge of the Law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable petitioner to present evidence and cross examine witnesses

1

# RICHARD M. BARTON
## DISTRICT CLERK



*EXHIBITS ***

*Return For Records*

Rachel S. Vela
Administrative Assistant
Brandy Adams
Chief Deputy

**DUVAL COUNTY**
P. O. DRAWER 428
SAN DIEGO, TEXAS 78384
(361) 279-6239, 279-6241, 279-6268, 279-6284

Elizabeth R. Hinojosa
Zandra Sendejo
Ruby Espinosa
Deputy Clerks

January 15, 2015

David T. Rodriguez, #1913782
Polunsky Unit
3872 FM 350 S
Livingston, Texas 77351

Re: Cause No. 13-CRD-17; TSOT v David T. Rodriguez

Attention Mr. Rodriguez,

In response to your last letter to the Court, please be advised that we are in receipt of your "11.07 Form", however, these documents should have gone to the Fourth Court of Appeals. Therefore, I am returning your documents so that you can forward them to the correct Court. We do not correspond with inmates on the norm, however, I felt the need to let you know that your forms need to be filed in with the Fourth Court of Appeals, Bexar County Justice Center, Suite 3200, 300 Dolorosa, San Antonio, Texas 78205-3037. Please do not expect any further correspondence from this office.

Richard M. Barton, Clerk
229th District Court
Duval County, Texas

By: _____, Deputy Clerk

XC:
Mr. Rumaldo Solis,
Assistant District Attorney
Via Hand Delivery